UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DIONISIO ABARICIO LOPEZ, | Civil No. 6:22-CV-01836-MC |
| Plaintiff, | |
| vs. | |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION | ORDER FOR REMAND |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the appeals council will instruct the administrative law judge to offer the claimant an opportunity for a hearing and issue a decision on the merits of Plaintiff's disability application for Title II and Title XVI benefits.

.

IT IS SO ORDERED this __28th__ day of __September__ 2023.

_s/Michael J. McShane_
UNITED STATES MAGISTRATE JUDGE

Submitted by:

NATALIE K. WIGHT
United States Attorney

KEVIN DANIELSON
Executive Assistant U.S. Attorney

s/ KATHERINE B. WATSON
Katherine B. Watson
Special Assistant United States Attorney
Attorneys for Defendant
(206) 615-2139